```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0077--CV (JWS)
              "TROUT UNLIMITED INC ET AL V MARY PETERS ET AL"

           Including terminated parties, excluding terminated counsel


 Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 04/14/05
           Closed: NO

     Jurisdiction: (2) U.S. Defendant
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (893) Environmental Matters
                  VIOLATION OF NATURAL ENVIRONMENT POLICY
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 04/14/05 receipt # 00125488
         Trial by:


Parties of Record:                        Counsel of Record:

PLF 1.1           TROUT UNLIMITED INC         Geoffrey Y. Parker
                                              Law Office of Geoffrey Y. Parker
                                              634 K Street
                                              Anchorage, AK 99501
                                              907-222-6859
                                              FAX 907-277-2242

PLF 2.1           GILLAM, ROBERT B.            Geoffrey Y. Parker
                                              (see above)

DEF 1.1           PETERS, MARY                 Dean Dunsmore
                                              Environment & Natural Resources
                                              U.S. Department of Justice
                                              801 B Street, Suite 504
                                              Anchorage, AK 99501-3657
                                              907-271-5452
                                              FAX 907-271-5827

DEF 2.1           MILLER, DAVID                Dean Dunsmore
                                              (see above)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A05-0077--CV (JWS)
                      "TROUT UNLIMITED INC ET AL V MARY PETERS ET AL"

                                     For all filing dates
```

```
    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 04/14/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (893) Environmental Matters
                    VIOLATION OF NATURAL ENVIRONMENT POLICY
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Paid $250.00 on 04/14/05 receipt # 00125488
           Trial by:


 Document #   Filed     Docket text
 ──────────   ─────     ───────────
     1 -  1  04/14/05   Complaint for injunctive and declaratory relief w/att exhs filed;
                        Summons issued.

     2 -  1  04/14/05   PLF 1-2 rule 7.1 Disclosure Statement.

     3 -  1  05/16/05   DEF 1-2 Attorney Appearance of Dean Dunsmore (AUSA).

     4 -  1  05/16/05   DEF 1-2 Notice of related cases w/att exhs.

     5 -  1  05/27/05   PLF 1-2 Response to defs' notice of related cases.

     6 -  1  06/03/05   DEF 1-2 Unopposed motion for enlargement of time until 6/28/05 to
                        respond to the complaint for injunctive and declaratory relief.

     7 -  1  06/06/05   JWS Order granting unopposed motion for enlargement of time until
                        6/28/05 to respond to the complaint (6-1).  cc: cnsl

     8 -  1  06/16/05   PLF 1-2 Complaint (Amended).

     9 -  1  06/30/05   DEF 1-2 Answer to Amended Complaint w/att exh.

    10 -  1  08/26/05   DEF 1-2 Unopposed motion to stay proceddings.

    11 -  1  08/29/05   JWS Order granting Unopposed motion to stay proceedings until 11/30/05
                        (10-1); def to file a status report as directed. cc: cnsl

    12 -  1  09/20/05   DEF 2 Notice to court concerning restraining order.

    13 -  1  09/29/05   PLF 1-2 Address Change Notice of cnsl.

    14 -  1  11/30/05   DEF 1-2 motion for stay of proceedings.

    14 -  2  11/30/05   DEF 1-2 Report re: status.
```