DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

LODGED
NOV 3 0 2005

**FILED**

DEC 0 6 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By_____Deputy

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TROUT UNLIMITED, INC., and ROBERT B. GILLAM,  ) | CASE NO. A05-0077-CV (JWS) |
| Plaintiffs, ) | |
| v. ) | ORDER |
| MARY PETERS, Administrator, Federal Highway Administration, et al. ) | |
| Defendants. ) | |

IT IS HEREBY ORDERED THAT Defendants' Motion for Stay of Proceedings filed November 30, 2005, is granted, and that all proceedings in this case, including pursuant to D. Ak. LR 16.3(b) the filing of an administrative record, are stayed to and including May 31, 2006, and

IT IS FURTHER ORDERED THAT within ten days of the Federal Highway Administration's (FHWA) receiving and accepting the State of Alaska's re-evaluation of the current Environmental Assessment and Findings of No Significant Impact, or issuing a revised environmental document for the Iliamna-Nondalton road, or by May 31, 2006, which ever is earlier, defendants will file and serve

15

on this court and the plaintiffs a status report of this project's proceedings before FHWA.

Dated this 1st day of Dec., 2005.

*[signature]*
JOHN W. SEDWICK
United States District Judge

A05-0077--CV (JWS)    12-6-05

G. PARKER
D. DUNSMORE (AUSA)