DEAN K. DUNSMORE
U.S. Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TROUT UNLIMITED, INC., and ROBERT B. GILLAM, | ) ) CASE NO. 3:05-CV-0077(JWS) |
| Plaintiffs, | ) ) ) |
| v. | ) ORDER |
| MARY PETERS, Administrator, Federal Highway Administration, et al. | ) ) ) ) |
| Defendants. | ) ) |

IT IS HEREBY ORDERED THAT Defendants' Motion for Stay of Proceedings filed May 31, 2006, is granted, and that all proceedings in this case, including pursuant to D. Ak. LR 16.3(b) the filing of an administrative record, are stayed to and including June 30, 2006.

Dated this 5th day of June, 2006.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE