**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

TROUT UNLIMITED, INC., et al.    v.    MARY PETERS, et al.

THE HONORABLE JOHN W. SEDWICK         CASE NO.   3:05-cv-00077-JWS

    Deputy Clerk                               Official Recorder

    Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

                for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The motion at docket 18 for a further stay of proceedings in this case until September 30, 2006, is GRANTED as follows:

(1) This case is stayed until September 30, 2006.

(2) Unless closing papers are sooner filed, or a party shows good cause why the court should not do so, the court will dismiss this case without prejudice on October 2, 2006, on the basis that there is no final agency action to be challenged.

DATE:  July 3, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]