Geoffrey Y. Parker
LAW OFFICE OF GEOFFREY Y. PARKER
634 K Street
Anchorage, Alaska 99501
907-222-6859
Facsimile: 907-277-2242
gparker@alaska.net; gparker@gci.net
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TROUT UNLIMITED, INC., and ROBERT B. GILLAM, <br><br> Plaintiffs, <br><br> vs. <br><br> MARY PETERS, Administrator, Federal Highway Administration, DAVID MILLER, Regional Administrator, Federal Highway Administration, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. A05-0077-CV (JWS)

## PROPOSED ORDER

It is HEREBY ORDERED THAT Plaintiffs' Motion for Stay of Proceedings, filed October 2, 2006, is granted, and that all proceedings in this case, including pursuant to D. Ak. LR 16.3(b), the filing of an administrative record, are stayed to and including December 31, 2006.

DATED this _____ day of _____, 2006.

_____
JOHN W. SEDWICK
United States District Judge