## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TROUT UNLIMITED, INC., et al    v.    MARY PETERS, et al

THE HONORABLE JOHN W. SEDWICK          CASE NO.   3:05-cv-00077-JWS

    Deputy Clerk

    Robin M. Carter

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

      The motion for stay at docket 20 is **GRANTED** as follows: Further proceedings are stayed until December 31, 2006. Unless on or before December 31, 2006, the parties file papers showing good cause why the court should not do so, this action will be dismissed without prejudice promptly after December 31, 2006.

DATE:  October 5, 2006

ENTERED AT JUDGE'S DIRECTION
INITIALS: rmc
Deputy Clerk

[FORMS*IA*]