## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

TROUT UNLIMITED, INC., et al.   v.   MARY PETERS, et al.

THE HONORABLE JOHN W. SEDWICK         CASE NO.   3:05-cv-00077-JWS

    Deputy Clerk                         Official Recorder

    Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

              for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

By order of the court on October 5, 2006, this case was stayed until December 31, 2006. Parties were directed to, on or before December 31, 2006, show good cause why this case should not be dismissed.

No party having done so, this case is hereby DISMISSED without prejudice.

DATE:  January 25, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

[FORMS*IA*]